## PIERSE v. WEST.

PRACTICE.—RESERVED CASE.—Under section 347 of the code, only such questions can be reserved as affect the merits of a real litigation, and only by the party injured by the ruling.

APPEAL from the *Madison* Circuit Court.

GREGORY, C. J.—This is an attempt to present to this court a question of law reserved under section 347 of the code. 2 G. &. H. 210.

A suit was being tried in the court below between *Makepeace* and *Silver*. The appellant, *Pierse*, was an attorney for

the defendant. The appellee, *West*, was an attorney for the plaintiff. *Pierse* objected to *West* acting as attorney in the cause, from the fact that the latter was the judge of the Common Pleas Court of the district in which is the county of *Madison*. The objection was overruled, and an exception was taken.

The parties to this appeal were not parties to the suit in the court below. This seems to be a by-play, for the purpose of getting the opinion of this court on the construction of the act of *March* 6, 1865, prohibiting Supreme, Circuit, or Common Pleas judges, &c., from practicing law. Acts 1865, p. 101. A question reserved, under section 347 of the code, must be a question affecting the merits of a real litigation, and can only be taken advantage of in this court by a party injured by the ruling.

The appeal is dismissed, at the cost of the appellant.

*W. R. Pierse* and *H. D. Thompson*, for appellant.